IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAROLYN BEARD                                                                                      PLAINTIFF

V.                                        NO. 3:10CV00026 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## ORDER

Plaintiff has filed a Motion requesting an extension to file her Appeal Brief. (Docket entry #12). The Commissioner does not oppose the Motion. Plaintiff's time for filing her Appeal Brief is hereby extended to and including August 30, 2010.

IT IS THEREFORE ORDERED THAT Plaintiff's Unopposed Motion for Extension of Time (docket entry #12) is GRANTED.

DATED this 30th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE