# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CAROLYN BEARD                                                                                   PLAINTIFF

V.                                    NO. 3:10CV00026 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 14th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE